IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAMMER LGC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-91C |
| | ) | (Judge Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, the United States respectfully requests a 14-day enlargement of time, from April 14, 2008, to and including April 28, 2008, within which to respond to plaintiff's complaint. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has discussed this enlargement with Timothy Pittman, counsel for plaintiff, who stated that plaintiff does not oppose this enlargement.

In support of this motion, defendant states that, although it has received some documents from the agency, it has not received a litigation report or a draft answer. The agency has requested certain documents from the facility at issue that are required to respond to the complaint. As of the date of this motion, defendant's counsel does not have those documents. At this point in time, defendant's counsel does not have enough information from the agency to complete defendant's response to the complaint. Defendant's counsel hopes to receive the required documents and/or a draft answer within the next several days, and then will require approximately a week to draft an answer to this 229 paragraph complaint and obtain necessary supervisory approval.

Accordingly, defendant respectfully requests that the Court grant defendant an enlargement of time to file a responsive pleading to April 28, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L St., N.W., 8th floor
Washington, D.C. 20530
Tel: (202) 353-1618
Fax: (202) 514-8624

April 10, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 10th day of April, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell