**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HAMMER LGC, INC.** | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | **Case No. 08-91** |
| | **)** | **(Judge Christine O.C. Miller)** |
| **UNITED STATES,** | **)** | |
| **Defendant.** | **)** | |

**<u>JOINT STIPULATION OF PARTIAL DISMISSAL</u>**

Come now the plaintiff, HAMMER LGC, INC., (hereinafter "Hammer"), and the United States, by and through their respective counsel of record, and together stipulate to a partial, voluntary dismissal of certain claims contained in the plaintiff's Complaint, pursuant to Rule 41(a)(1)(ii) of the *Rules of the United States Court of Federal Claims*. The parties stipulate as follows:

1. The plaintiff filed its Complaint on February 14, 2008.

2. The Government answered said Complaint on April 28, 2008.

3. Counsel for both parties agree that certain portions of the plaintiff's claim are outside of the jurisdiction of this Court.

4. With the consent of the Government, the plaintiff hereby voluntarily dismisses the damages claims contained in paragraphs 228(E) ("Release of Retention") and 228(F) ("Continental Plumbing's Pass Through REA") of its Complaint. This dismissal pertains only to these two (2) paragraphs which include claims for $28,978.00 and $108,504.00, respectively.

WHEREFORE, the premises considered, the parties stipulate to the entry of this voluntary, partial dismissal upon the record of this case.

Respectfully submitted on this the 4th day of June, 2008.

/s/ Howell Roger Riggs
Howell Roger Riggs
Attorney for the Plaintiff
Dick Riggs Miller, LLP
200 Clinton Avenue West, Suite 1050
Huntsville, Alabama 35801
Tel: (256) 564-7317
Fax: (256) 564-7319
hriggs@drmslaw.net

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM

/s/ Michael N. O'Connell
MICHAEL N. O'CONNELL
U. S. Department of Justice
Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, DC 20530
Tel: (202) 353-1618
Attorneys for Defendant