# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **HAMMER LGC, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 08-91C |
| **THE UNITED STATES,** | * | (Filed June 19, 2008) |
| Defendant. | * | |

## ORDER

The parties' Joint Preliminary Status Report filed this date requested a lengthy period for discovery, which the court is allowing only provisionally, based on their making significant progress to conclude fact discovery by February 28, 2009. Accordingly,

**IT IS ORDERED**, as follows:

1. All fact discovery shall be completed by February 28, 2009.

2. All non-expert discovery shall be completed by April 30, 2009.

3. Plaintiff shall transmit its expert reports to defendant by May 29, 2009.

4. Defendant shall transmit its expert reports to plaintiff by June 30, 2009.

5. All discovery, including all expert depositions, shall be completed by August 31, 2009.

6. A status conference shall be held at 3:00 p.m. on Thursday, November 13, 2008, in the Howard T. Markey National Courts Building. Counsel for plaintiff shall notify the court at 202/357-6620 by November 7, 2008, if he wishes to participate by telephone conference call to be placed by the court. The parties shall be prepared to discuss the progress of discovery.

s/ Christine O.C. Miller

____________________________________

Christine Odell Cook Miller
Judge